UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASREEN BHATTI,<br><br>      Plaintiff,<br><br> vs.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER,<br><br>      Defendant. | No. C21-009RSL<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

The Court has appointed United States Magistrate Judge Michelle L. Peterson to act as settlement judge in this matter. The Court hereby directs counsel to contact Judge Peterson's In-Court Deputy, Tim Farrell at Tim_Farrell@wawd.uscourts.gov, to schedule the conference in this matter.

DATED this 23rd day of February, 2021.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE