UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASREEN BHATTI,<br><br>Plaintiff,<br><br>v.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER,<br><br>Defendant. | Case No. C21-009RSL<br><br>ORDER ON NOTICE OF DISMISSAL |

This matter comes before the Court on plaintiff's "Notice of Change of Address and Notice of Dismissal Under Fed. R. Civ. Pro 41 (a)(1)(A)(i)." Dkt. # 14. Pursuant to Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss "an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared." Defendant has answered, Dkt. # 7, and the notice of dismissal was not signed by all parties. Dkt. # 14. The action therefore remains pending.

DATED this 15th day of June, 2021.

Robert S. Lasnik
United States District Judge

ORDER ON NOTICE OF DISMISSAL - 1