THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NASREEN BHATTI,<br><br>                Plaintiff,<br><br>    v.<br><br>FRED HUTCHINSON CANCER RESEARCH CENTER,<br><br>                Defendant. | Case No.  2:21-cv-00009-RSL<br><br>**STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and among Plaintiff and Defendant, through their respective counsel of record, that Plaintiff voluntarily dismisses her claims and causes of action in this matter with prejudice and without an award of attorney fees or costs to any party. The parties stipulate to entry of the Order of Dismissal with Prejudice included below.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:   June  15, 2021                    DATED:  June 15, 2021

LAW OFFICES OF PATRICIA S. ROSE          LANE POWELL PC

By *s/Patricia S.  Rose*                  By  *s/ Riley R. Moyer*
    Patricia S. Rose, WSBA #19046              D. Michael Reilly, WSBA #14674
    1455 NW Leary Way, Suite 400               Riley R. Moyer, WSBA #56243
    Seattle, WA 98107                          P.O. Box 91302
    T: 206-622-8964 / F: 206-695-2694          Seattle, WA 98111-9402
    E-mail:  patty@pattyroselaw.com            T: 206.223.7000 / F: 206.223.7107
Attorney for Plaintiff                       E-mail:  reillym@lanepowell.com
                                                                      moyerr@lanepowell.com
                                                    Attorneys for Defendant Fred Hutchinson Cancer Research Center

STIPULATION FOR ORDER OF DISMISSAL WITH
PREJUDICE - 1
NO. 2:21-cv-00009-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the above stipulation of the parties, the Court hereby ORDERS that this action is hereby DISMISSED WITH PREJUDICE, including all of Plaintiff's claims and causes of action, without an award of attorney fees or costs to any party.

DATED this 16th day of June, 2021.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

LAW OFFICES OF PATRICIA S. ROSE

By *s/ Patricia S. Rose*
  Patricia S. Rose, WSBA #19046
  1455 NW Leary Way, Suite 400
  Seattle, WA 98107
  T: 206-622-8964 / F: 206-695-2694
  E-mail:  patty@pattyroselaw.com
Attorney for Plaintiff


LANE POWELL PC


By */s/ Riley Moyer*
  D. Michael Reilly, WSBA No. 14674
  reillym@lanepowell.com
  Riley R. Moyer, WSBA No. 56243
  moyerr@lanepowell.com
  1420 Fifth Avenue, Suite 4200
  P.O. Box 91302
  Seattle, WA 98111-1302
Attorneys for Defendant

STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE - 2
NO. 2:21-cv-00009-RSL

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107